**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **RICHARD COUGHLIN**<br>FEDERAL PUBLIC DEFENDER | 800-840 Cooper Street<br>Suite 350<br>Camden, New Jersey 08102 | **CHESTER M. KELLER**<br>FIRST ASSISTANT |

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

August 17, 2020

Honorable Joseph H. Rodriguez
Senior Unites States District Judge
United States District Court – District of New Jersey
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      Re:    **U.S. v. Hanieff Trusty, Crim. No. 20-543(JHR)**
             **Request for Additional Time to File Bail Appeal**
             **Reply Brief**

Dear Judge Rodriguez:

      Please be advised that undersigned counsel is seeking a one-week extension to file defendant's reply brief to the government's bail appeal in the above referenced matter. The reply was due on Friday, August 14, 2020. Undersigned counsel needs additional time to adequately review Mr. Trusty's medical records and prepare the brief. Assistant United States Attorney Kristen Harberg does not object to this request.

      Thank you for your time and consideration of this matter.

                              Respectfully submitted,

                              *s/ Lisa Evans Lewis*
                              LISA EVANS LEWIS
                              Assistant Federal Public Defender

cc:      Kristen Harberg, Assistant United States Attorney